IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| EVELYN CAMPBELL | * | |
| Plaintiff, | * | |
| vs. | * | CIVIL ACTION NO. 13-00632-N |
| TSP & ASSOCIATES, | * | |
| Defendant. | * | |

**ORDER**

A review of the file in the above-styled action indicates that the Defendant, TSP & Associates was served with a summons and the complaint on December 26, 2013. However, as of the date of this Order, the Defendant has not filed an answer or motion to dismiss pursuant to Rule 12(b) of the Fed.R.Civ.P. Therefore, the Court **ORDERS** the Plaintiff to **SHOW CAUSE** on or before **February 12, 2014**, why a request for entry of default has not been made.

Done this 5th day of February, 2014.

s/KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE