IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| EVELYN CAMPBELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 13-00632-N |
| ) | |
| TSP & ASSOCIATES, ) | |
| ) | |
| Defendant. ) | |

ORDER

In this case, proceeding on the undersigned's opt-out docket, the plaintiff has responded (doc. 5) to the Order entered February 5, 2014 (doc. 4) to show cause why no motion for default has been filed by announcing that a settlement in principal has been reached, and requests thirty days within which to consummate that settlement. In light of this filing, the undersigned simply recognizes that, unless the parties otherwise inform the Court, the plaintiff's complaint will be voluntarily dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, on March 11, 2014 without further action of the Court. This action is now **CONCLUDED**.

**DONE** this   12th   day of February, 2014.

/s/ Katherine P. Nelson
KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE